**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| PAUL STULL,<br><br>            Plaintiff,<br><br>       v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>            Defendant. | Case №. 2:19-CV-01618-ODW (SSx)<br><br>**JUDGMENT** |

## JUDGMENT

In light of the Court's Orders granting Defendant Massachusetts Mutual Life Insurance Company's ("Defendant") Motion for Judgment of on the Pleadings (Order, ECF No. 38),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. All dates and deadlines in this action are **VACATED** and taken off calendar;
2. Judgment for Defendant as to all of Plaintiff Paul Stull's claims for relief;
3. Each party shall bear its own fees and costs;
4. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

April 20, 2020

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**